**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| KEVIN J. MATTSON, ) | Case No. 24-20188 PGC |
| ) | |
| Debtor. ) | |

**ORDER DENYING MOTION FOR DETERMINATION OF EXCESSIVENESS OF PAYMENTS FOR LEGAL SERVICES RENDERED BY COUNSEL**

This matter is before the Court on Creditor and Party-in-Interest Montresor LLC's ("Montressor") Motion for Determination of Excessiveness of Payments for Legal Services Rendered by Counsel, Pursuant to Federal Rule of Bankruptcy Procedure 2017, dated October 26, 2025 (Docket Entry "D.E." 167).  After review of the motion, the objection filed by Debtor Kevin J. Mattson (D.E. 171), and the reply filed by Montressor (D.E. 175), the Court <u>denies</u> the motion pursuant to 11 U.S.C. § 105, the Court's inherent power to manage cases efficiently, the Maine Rules of Professional Conduct, and the Court's prior warnings to Montressor's counsel in other matters.

Montressor's pleadings contain flippant, unprofessional, and irrelevant asides which are unacceptable.  Montressor's counsel was warned about such conduct in court less than one week ago in a different matter and, in response to the Court's question of whether he could litigate in a civil and responsible manner, he answered affirmatively.  His deportment in connection with this motion does not support that and the Court is disappointed to see repetition of this behavior. As Montressor's counsel has heard this Court say on several occasions, such behavior is antithetical to constructive and appropriate advocacy.

In denying this motion, the Court is <u>not</u> ruling on the issues of excessiveness of any payments or transfers by the Debtor to Marcus|Clegg.

Dated:  November 20, 2025

/s/ Peter G. Cary
Judge Peter G. Cary
United States Bankruptcy Court
For the District of Maine