## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>KEVIN J. MATTSON,<br><br>Debtor. | Chapter 7<br>Case No. 24-20188 |

### Order Granting Motion to Withdraw as Counsel

Upon consideration of the Motion to Withdraw as Counsel – *Expedited Relief Requested* [D.E. # 183] (the "Motion") filed by Marcus Clegg ("MC") seeking to withdraw as counsel for Debtor, MC having served the Motion on the parties-in-interest required by, inter alia, D.Me, LBR 9010-1(d)(4), and no other or further notice being necessary under the circumstances, the Debtor having consented to MC's withdrawal, a hearing having been held on December 16, 2025, and after deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is GRANTED.

2. MC shall be allowed to withdraw as counsel to the Debtor effective as of the date of this Order.

3. MC shall immediately service a copy of this Order on the Debtor pursuant to D. Me. LBR-9010-1(d)(2).

4. Deadlines and hearings are unaffected by this Order and, therefore, the Debtor is expected to appear either individually or through replacement counsel as scheduled in the future.

Dated:  December 16, 2025             /s/ Peter G. Cary
                                       Judge Peter G. Cary
                                       United States Bankruptcy Court