UNITED STATES BANKRUPTY COURT
DISTRICT OF MAINE

In re:

KEVIN J. MATTSON,

        Debtor.

Chapter 7
Case No. 24-20188

## ORDER APPROVING WRITTEN WAIVER OF DISCHARGE

On December 16, 2025, the Debtor filed a Stipulation to Waiver of Discharge stating that he stipulates to a waiver of his discharge pursuant to 11 U.S.C. § 727(a)(10). The Debtor further stated that the waiver is made knowingly and with the understanding of the legal and financial consequences flowing from that decision. Accordingly, the Court hereby approves the waiver. No discharge shall enter in favor of the Debtor in this case.

Date: December 17, 2025

/s/ Peter G. Cary
Judge Peter G. Cary
United States Bankruptcy Court