**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**In re:**                                                   **Chapter 7**
**Kevin J. Mattson,**                                 **Case No. 24-20188-PGC**
             **Debtor**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTICE OF TRUSTEE'S CHALKS**

*NOW COMES* Edmond J. Ford, Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate

of Kevin J. Mattson (the "Estate"), by his attorneys Ford, McDonald &Borden, P.A., and gives

notice of his intention to use three chalks in the presentation of the argument at the hearing on his

Motion to Approve Compromise, scheduled to be heard Monday, February 9, 2026 at 9:00 am.

## CHALK 1 - Litigate

| | | Litigate | | |
|---|---|---|---|---|
| | Expenses | $40,000.00 | | |
| | | | | |
| | | **Win** | **Lose** | |
| Odds | | 90% | 10% | |
| | | | | |
| Complete Project | | | | |
| NPS Permit | | $10,000.00 | | |
| Consultant | | $40,000.00 | | |
| | | | | |
| Total Non-Tax Costs | | $50,000.00 | $0.00 | |
| | | | | |
| Likelihood of Project completion and Part 3 approved | | 10% | 90% | |
| | | | | |
| Accountant Fees | $40,000.00 | | | |
| Maine State Offset | $62,433.10 | | | |
| State & Federal Taxes | $152,110.07 | | | |
| Cost to Negotiate completion | $0.00 | | | |
| | | | | |
| Total Costs | $344,543.17 | $90,000.00 | $40,000.00 | |
| | | | | |
| Recovery | $384,404.50 | $0.00 | $0.00 | |
| | | | | |
| Net Recovery | $39,861.33 | -$90,000.00 | -$40,000.00 | |
| Odds | 9.00% | 81.00% | 10% | 100.00% |
| Expected value contribution | $3,587.52 | -$72,900.00 | -$4,000.00 | ($73,312.48) |
| | | | | |
| **Expected Value of Litigation** | **($73,312.48)** | | | |

2

## CHALK 2 – LITIGATE AND NO TAXES

| | **Litigate** | | | |
|---|---|---|---|---|
| | Expenses | $40,000.00 | | |
| | | | | |
| | **Win** | | **Lose** | |
| Odds | 90% | | 10% | |
| | | | | |
| Complete Project | | | | |
| NPS Permit | $10,000.00 | | | |
| Consultant | $40,000.00 | | | |
| | | | | |
| Total Non-Tax Costs | $50,000.00 | | $0.00 | |
| | | | | |
| Likelihood of Project completion and Part 3 approved | 10% | 90% | | |
| | | | | |
| Accountant Fees | $40,000.00 | | | |
| Maine State Offset | $62,433.10 | | | |
| State & Federal Taxes | $0.00 | | | |
| Cost to Negotiate completion | $0.00 | | | |
| | | | | |
| Total Costs | $192,433.10 | $90,000.00 | $40,000.00 | |
| | | | | |
| Recovery | $384,404.50 | $0.00 | $0.00 | |
| | | | | |
| Net Recovery | $191,971.40 | -$90,000.00 | -$40,000.00 | |
| Odds | 9.00% | 81.00% | 10% | 100.00% |
| Expected value contribution | $17,277.43 | -$72,900.00 | -$4,000.00 | ($59,622.57) |
| | | | | |
| **Expected Value of Litigation** | **($59,622.57)** | | | |

3

**CHALK 3 - Settle**

| Settle | | | |
|---|---|---|---|
| **Expenses** | $0.00 | | |
| | | | |
| | **Realize Credit** | **No Credit** | |
| **Odds** | 10% | 90% | |
| | | | |
| Total Costs | $0.00 | $0.00 | |
| | | | |
| Recovery | $70,657.00 | $0.00 | |
| | | | |
| Net Recovery | $70,657.00 | $0.00 | |
| Odds | 10% | 90% | 100% |
| Expected Value Contribution | $7,065.70 | $0.00 | $7,065.70 |
| | | | |
| **Expected Value of Settlement** | **$7,065.70** | | |

Respectfully submitted,
Edmond J. Ford, Ch. 7 Trustee

By his Attorneys,
FORD, McDONALD & BORDEN, P.A

Date:  February 6, 2026                          By:  */s/ Edmond J. Ford*
                                                      Edmond J. Ford   010174
                                                      815 Elm Street, Suite 5 B
                                                      Manchester, NH 03101
                                                      (603) 373-1737 (Telephone)
                                                      (603) 242-1381 (Facsimile)
                                                      eford@fordlaw.com

Certificate of Service

On February 6, 2026, I electronically filed the foregoing document through the Court's CM/ECF systems which will send a notice of electronic filing to the parties on the Court's electronic service list.  I further sent an electronic copy via email to:

Terrence Conklin at tjconks@gmail.com
Kevin Mattson at kevin@dirigocapitaladvisors.com

*/s/ Edmond J. Ford*
Edmond J. Ford  010174

Shared Documents/WPDATA/Ed/TRUSTEE/24-20188 - Mattson Me/pleadings/dr/Mot approve settlement  on Tax Credits.docx