# *Proceeding Minutes / Proceeding Memo*

*Case #:* 24-20188          *Case Name:* Kevin J Mattson

*Set:* 02-25-2026 9:00AM          *Chapter:* 7          *Type:* bk          *Judge:* Peter G Cary

*Matter:* Doc# 178 - TRUSTEE'S MOTION TO APPROVE COMPROMISE

---

MINUTE ORDER: Appearances:  David C. Johnson, Esq., Kevin J Mattson, Randy J. Creswell, Esq., Terence Conklin, Edmond J. Ford, Esq., Heather A Sprague, Esq. (related document(s):178 Application to Compromise Filed by Trustee Edmond J. Ford).   Application to Compromise denied for reasons stated on the record.  /s/ Peter G. Cary, U.S. Bankruptcy Judge.  (mep)