RECEIVED
By USBC Portland at 12:55 pm, 03/30/2026

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MAINE

In re:

KEVIN J. MATTSON, Debtor.

Chapter 7

Case No. 24-20188-PGC

## DEBTOR'S MOTION FOR LEAVE TO FILE SUR-REPLY

NOW COMES the Debtor, Kevin J. Mattson, appearing pro se, and respectfully moves for leave to file the attached Sur-Reply in response to Creditor Beliveau's Reply (D.E. 250). In support of this Motion, Debtor states:

1. Under the rules, a reply is permitted as of right, but a sur-reply requires leave of Court.

2. Beliveau's Reply raises new issues not presented in his original motion, including: an accusation that Debtor's filings were ghostwritten; a request that the Court determine who authored Debtor's Opposition; and new factual assertions regarding estate administration.

3. These issues were not raised in the original motion and could not have been addressed in Debtor's Opposition.

4. The proposed Sur-Reply is brief, narrowly tailored, and addresses only the new matters raised for the first time in Beliveau's Reply.

5. Allowing the Sur-Reply will assist the Court by ensuring a complete and accurate record for the hearing scheduled for March 31, 2026.

6. Beliveau's Reply was not served on Debtor despite the certificate of service stating otherwise. Debtor did not receive the Reply by email or by any other means. Debtor discovered the filing only by checking the Court's docket on PACER. Because Debtor did not receive notice of the Reply, he had no meaningful opportunity to address the new issues it raises prior to the upcoming hearing. This further supports allowing the attached Sur-Reply.

WHEREFORE, Debtor respectfully requests that the Court grant leave to file the Sur-Reply attached as Exhibit A, and grant such other relief as the Court deems just and proper.

Dated: March 30, 2026

/s/ Kevin J. Mattson

Kevin J. Mattson, Pro Se

P.O. Box 596

Gardiner, ME 04345

(207) 242-5250

Kevinmattson2112@gmail.com

## CERTIFICATE OF SERVICE

I, Kevin J. Mattson, certify that on this 30th day of March 2026, I caused a copy of the foregoing

Debtor's Motion for Leave to File Sur-Reply, together with the proposed Sur-Reply attached as

Exhibit A, to be served via the Court's CM/ECF system on all registered participants in this case.

Dated: March 30, 2026

Kevin J. Mattson

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

In re:

KEVIN J. MATTSON, Debtor.

Chapter 7                                                    Case No. 24-20188-PGC

# ORDER GRANTING DEBTOR'S MOTION FOR LEAVE TO FILE SUR-REPLY

Upon consideration of Debtor's Motion for Leave to File Sur-Reply in response to Creditor

Beliveau's Reply (D.E. 250), and good cause appearing, it is hereby ORDERED:

1. Debtor's Motion for Leave to File Sur-Reply is GRANTED.

2. The Sur-Reply attached as Exhibit A to the Motion is deemed filed as of the date of this Order.

IT IS SO ORDERED.

Dated: _____, 2026

_____

Hon. Peter G. Cary

United States Bankruptcy Judge

1