RECEIVED

*By USBC Portland at 12:55pm, 03/30/2026*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MAINE

In re:

KEVIN J. MATTSON, Debtor.

Chapter 7

Case No. 24-20188-PGC

## DEBTOR'S SUR-REPLY TO CREDITOR BELIVEAU'S REPLY

NOW COMES the Debtor, Kevin J. Mattson, appearing pro se, and submits this Sur-Reply solely to address new issues raised for the first time in Creditor Beliveau's Reply (D.E. 250).

1. **Debtor Authored His Own Opposition.** Beliveau's Reply suggests that Debtor's Opposition was ghostwritten by an attorney. This is incorrect. Debtor personally researched, drafted, and filed his Opposition using publicly available legal resources and internet search engines to do so.

2. **Debtor Did Not Receive the Reply Despite the Certificate of Service.** Beliveau's Reply states that it was served on Debtor by email. Debtor did not receive any such email or any other form of service. Debtor became aware of the Reply only by checking the docket on PACER. Because Debtor did not receive notice, he had no opportunity to address the new issues raised in the Reply until discovering it independently.

3. **Tone and Professionalism.** Beliveau's Reply contains several personal remarks about Debtor's abilities and motivations. As a pro se litigant forced to defend himself against an involuntary Chapter 7 filing, Debtor has learned that snark, sarcasm, and personal attacks are not persuasive and do not assist the Court. Debtor has endeavored to maintain a respectful tone throughout these proceedings and respectfully requests the same.

4. **New Arguments Regarding Estate Administration.** Beliveau's Reply introduces new factual assertions and characterizations regarding the Trustee's administration of the estate and the effect of collection actions on non-estate funds. These issues were not raised in the original motion and are addressed only to ensure the record is complete. Debtor maintains that the automatic stay remains in effect under § 362(c)(2)(C).

**CONCLUSION.** Debtor submits this Sur-Reply solely to address new matters raised in Beliveau's Reply and to ensure a clear and accurate record for the Court.

Dated: March 30, 2026

/s/ Kevin J. Mattson

Kevin J. Mattson, Pro Se

**CERTIFICATE OF SERVICE**

I, Kevin J. Mattson, certify that on this 30th day of March 2026, I caused a copy of the foregoing

Debtor's Motion for Leave to File Sur-Reply, together with the proposed Sur-Reply attached as

Exhibit A, to be served via the Court's CM/ECF system on all registered participants in this case.

Dated: March 30, 2026

Kevin J. Mattson