UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:                                      )
                                            )
KEVIN J. MATTSON,                           )              Chapter 7
                                            )              Case No. 24-20188 PGC
                        Debtor.             )


**RESPONSE OF UNITED STATES TRUSTEE TO
CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE**

Pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 307, William K. Harrington, the United

States Trustee for Region 1 (the "UST") respectfully submits this response to the Chapter 7

Trustee's Motion to Approve Compromise Pursuant to Fed. R. Bankr. P. 9019(a) filed at Docket

No. 241 ("Motion"), stating:

1.      On February 14, 2025, the Edmond J. Ford, Esq. was appointed as the chapter 7

trustee in this case ("Trustee Ford") (Docket No. 88).[1]

2.      On August 7, 2025, Trustee Ford initiated an adversary proceeding by the filing

of a complaint (the "Complaint") against Terrance Conklin, Marcus Clegg Bals & Rosenthal,

P.A., and Seton Unit 4, LLC, seeking to avoid security interests in certain tax credits and declare

those credits are property of this bankruptcy estate (the "Adversary Proceeding").  See Trustee

Ford's Complaint at Docket No. 161 (pages 6 - 7).

3.      Trustee Ford filed the Motion ostensibly seeking to compromise the estate claims

asserted in the Complaint, and to recover unrelated payments made to Mr. Geoff Houghton and

an entity known as Island Brewing during the year prior to filing this case.  The Motion is silent

---

[1] Trustee Ford has employed BCM Advisory Group, LLC and Jason Mills, CFE as financial
advisor to assist with his investigation into the Debtor's financial affairs (Docket Nos. 101 and
103).  Trustee Ford also employed Matthew R. Flynn, CPA, CIRA and the firm of Verdolino &
Lowey, P.C. as his accountants (Docket Nos. 102 and 104).

-1-

on the nature of the relationship between the Debtor, Mr. Houghton, Island Brewing, and the other parties to the Complaint.[2]

4.  Under Fed. R. Bankr. P. 9019, the Court may approve a compromise or settlement upon notice and a hearing if the proposed settlement is fair and does "not fall below the lowest point in the range of reasonableness."  In re Ortiz, 619 B.R. 273, 274 – 75 (Bankr. M.D. Fla. 2020); *see also* In re American Cartage, Inc., 656 F.3d 82, 91 (1st Cir. 2011).

5.  Trustee Ford bears the burden of establishing that the proposed compromise is fair and equitable.  Ortiz, 619 B.R. at 275.

6.  In evaluating Trustee Ford's proposed compromise, "the court's role is to ensure that the trustee has exercised proper business judgment in making the decision to agree to the proposed settlement."  Id.  However, the Motion contains insufficient information concerning the terms of the settlement and the business justification for the proposed compromise.

7.  While the UST understands Trustee Ford's motivation to maximize estate assets for the benefit of creditors, the information provided in the Motion and related documents leave questions as to the exact terms of the settlement, the impact upon the estate if the proposed settlement is approved or not approved, and what specific claims and counterclaims are being compromised.  Likewise, Trustee Ford has not demonstrated why the Court should approve a dismissal **with prejudice** of the Complaint's claims on the existing record, including claims the estate has against Mr. Conklin and Marcus Clegg.

8.  A hearing to consider the Motion is set for Wednesday, April 15, 2026.  The UST leaves Trustee Ford to his proof at the hearing to determine whether adequate information and business justification will be provided in support of the Motion and proposed settlement.

---

[2] The UST understands that Trustee Ford does not believe that Mr. Houghton and Island Brewing are "insiders" within the meaning of 11 U.S.C. § 101(31)(A), but he nevertheless seeks to compromise any claims that the estate may have to recover any payments they received during the year prior to filing this case on September 12, 2024.

WHEREFORE, the United States Trustee submits this response and requests that the Court, grant such relief as the Court deems appropriate.

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
REGION ONE

Dated:  April 6, 2026

By:     */s/ Heather A. Sprague*
      Heather A. Sprague (MA ID 661541)
      United States Department of Justice
      John W. McCormack Post Office & Courthouse
      5 Post Office Square, 10th Floor, Suite 1000
      Boston, MA  02109-3934
      PHONE:     (617) 788-0404
      FAX:     (617) 565-6368
      EMAIL:     Heather.Sprague@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 6, 2026, true and correct copies of the foregoing Response were served via CM/ECF upon the individuals who have filed notices of appearance in the Court's CM/ECF database, including the Chapter 7 Trustee and other parties listed below.  I certify further that the Debtor and Mr. Conklin were served by email on April 6, 2026 at the addresses listed below.

By:     */s/ Heather A. Sprague*

**BY CM/ECF:**

Edmond J. Ford, Chapter 7 Trustee
eford@fordlaw.com

Randy J. Creswell, Esquire
rcreswell@creswelllaw.com

David C. Johnson, Esquire
dcj@marcusclegg.com

**BY EMAIL:**

Terence Conklin
tjconks@gmail.com

Kevin J. Mattson
kevin@dirigocapitaladvisors.com

-3-