**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

*******************************

**In re:**

    **Kevin Mattson**
                                           **Chapter 7**
                                         **Case No. 24-20188-PGC**

          **Debtor**

*******************************

## ORDER  APPROVING COMPROMISE PURSUANT TO FED. R. BANKR. P. 9019

Edmond J. Ford, Chapter 7 Trustee of the above-referenced case filed a Motion to Approve

Compromise with Allison Tracy Talbot and after review of the Motion and for good cause shown

the Compromise is approved and the Trustee is authorized to enter into the Settlement Agreement

attached to the Motion.

      SO ORDERED,

  Date: April 10, 2026                              /s/ Peter G. Cary
                                           Peter G. Cary, Chief Bankruptcy
                                         Judge for the District of Maine