**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

**********************

In re:                                                      **Chapter 7**
**Kevin J. Mattson,**                                       **Case No. 24-20188-PGC**
              **Debtor**
**********************

**ORDER ON**
**MOTION TO TO ALLOW REPLY IN EXCESS SOF FIVE PAGES**

The Trustee having filed his Partially Assented Motion To Allow Reply In Excess Of The

Page Limits Of LR 9013-1 (d)(1), and after such notice and consideration as is appropriate under

the circumstances:

    A.  The Motion is Granted;

    B.  The Trustee may file his proposed reply.

Done at Portland, Maine.

Date:  April 10, 2026                                   /s/ Peter G. Cary
                                                        _____
                                                        Peter G. Cary, Chief Bankruptcy Judge