**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**In re:**                                                                    **Chapter 7**

**Kevin J. Mattson**                                                 **Case No. 24-20188-PGC**
            **Debtor**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ON MOTION TO APPROVE COMPROMISE AND SETTLEMENT

   Edmond J. Ford, Chapter 7 Trustee ("Trustee") filed a Motion to Approve Compromise

and Settlement with First National Bank ("Bank") and after notice and hearing as is appropriate

under the circumstances and for good cause shown, the Motion is GRANTED.  The Trustee is

authorized to enter into the compromise with the Bank described in the Motion.


Date: May 12, 2026                          /s/ Peter G. Cary
                                                          _____
                                                          Peter G. Cary, Chief Bankruptcy Judge