RECEIVED
By USBC Portland at 3:54 pm, 05/28/2026

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MAINE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KEVIN J. MATTSON, | ) | Chapter 7 |
| | ) | Case No. 24-20188 PGC |
| Debtor. | ) | |

### CONKLIN WITNESS LIST

In accordance with the Court's Amended Pretrial Scheduling Order, dated April 16, 2026

(D.E. 293), Terence Conklin ("Conklin"), a creditor (No.33) in the above Debtor Chapter 7

Bankruptcy case, acting *pro se*, files this list of witnesses it intends to present at trial in this

contested matter relating to Montresor LLC's ("Montressor") Objection to Proof of Claim of

Terence J. Conklin, dated December 8, 2025 (D.E. 182) ("Objection").

### Witness List

1.    Kevin J. Mattson (Chapter 7 Debtor)

Mr. Mattson is expected to testify as to his affidavit of May 19, 2026.


2.    Construction Representative / Employee of Northeast Asset Management LLC
      (Non-party witness)

NAM construction employee / representative is expected to testify as to direct
      construction activities performed on the Church St construction project including
      hours worked and compensation received through payroll for pay periods in
      December 2023.


### CERTIFICATE OF SERVICE

I, Terence Conklin, hereby certify that I am over eighteen years old and on this day

provided copies of the above Supplemental Filing upon each of the parties listed below in the

Service List by email as indicated.

Dated this 28th day of May, 2026.

/s/ Terence Conklin
Terence Conklin, *pro se*

**Service List**

<u>By email</u>:

Randy J Creswell    rcreswell@creswelllaw.com

Counsel for Montresor, LLC

Edmond J Ford    eford@fordlaw.com

Trustee

Heather Sprague    heather.sprague@usdoj.gov

US Attorney

Kevin Mattson    kevin@dirigocapitaladvisors.com

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

Case Name:    Kevin J. Mattson - Chapter 7
Case No:      24-20188
Docket No.:   DE 182

**EXHIBIT LIST**

| Ojb Exh No. | Res. Exh No. | Court Exhibit | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | Exhibit 1 | Affidavit of Kevin Mattson (5/19/26) | | | | |
| | | Exhibit 2 | Bank Statement of Northeast Asset Management LLC ("NAM") - December 2023 | | | | |
| | | Exhibit 3 | Bank Check - Drawn on NAM bank accout at M&T Bank to Kevin Mattson 12/1/23 | | | | |
| | | Exhibit 4 | Bank Statement of 45 Church St LLC ("Church") - December 2023 | | | | |
| | | Exhibit 5 | Conklin Proof of Claim - filed 5/20/25 | | | | |

Respectfully Submitted this 28th Day of May 2026

**/s/ Terence Conklin**
**Terence Conklin, pro se**

**CERTIFICATE OF SERVICE**

I, Terence Conklin, hereby certify that I am over eighteen years old and on this day provided copies of the above Supplemental Filing upon each of the parties listed below in the Service List by email as indicated.

Dated this 28th day of May, 2026.

/s/ Terence Conklin
Terence Conklin, *pro se*

**Service List**
By email:
Randy J Creswell                                    rcreswell@creswelllaw.com
Counsel for Montresor, LLC
Edmond J Ford                                       eford@fordlaw.com
Trustee
Heather Sprague                                     heather.sprague@usdoj.gov
US Attorney
Kevin Mattson                                       kevin@dirigocapitaladvisors.com
Debtor