# *Proceeding Minutes / Proceeding Memo*

*Case #:* 24-20188          *Case Name:* Kevin J Mattson

*Set:* 06-16-2026 9:00AM          *Chapter:* 7          *Type:* bk          *Judge:* Peter G Cary

*Matter:* Doc# 332 - MOTION TO COMPEL ABANDONMENT OF PROPERTY OF ESTATE AND REQUEST
FOR LIMITATION OF NOTICE

---

MINUTE ORDER: Appearances:  Randy J. Creswell, Esq., Terence Conklin, Edmond J. Ford, Esq.,
Heather A Sprague, Esq. (related document(s):332 Motion to Abandon Filed by Creditor Montresor LLC,
Petitioning Creditor Severin M Beliveau).   Motion denied for reasons stated on the record. /s/ Peter G.
Cary, U.S. Bankruptcy Judge. (mep)