**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:                                      )
                                            )        Chapter 7
KEVIN J. MATTSON,                           )        Case No. 24-20188 PGC
                                            )
                Debtor.                     )

**ORDER GRANTING MOTION FOR DECLARATION THAT**
**POST-PETITION LOAN IS NOT PROPERTY OF ESTATE**

Upon consideration of the Motion for Declaration that Post-Petition Loan is not Property of Estate and Request for Expedited Determination, dated June 4, 2026 (D.E. 342) ("Motion"), filed by Creditor, Severin M. Beliveau ("Beliveau"), the Court finding that good and sufficient grounds exist for the Court to declare, determine, and confirm that the $15,000 loan and associated funds (the "Loan and Funds") to Debtor, Kevin J. Mattson ("Debtor"), from Geoffrey Houghton is not property of the bankruptcy estate of Debtor, pursuant to 11 U.S.C. § 541 and applicable non-bankruptcy law, for the reasons set forth in the Motion; it therefore hereby is

**ORDERED, ADJUDGED, AND DECREED**

1.      that the Motion be, and it hereby is, GRANTED, and that it is hereby further

**ORDERED, ADJUDGED, AND DECREED**

2.      the Court hereby finds and concludes, as a matter of law, that the Loan and Funds are not property of the bankruptcy estate in this Chapter 7 case, pursuant to 11 U.S.C. §§ 105 and 541 and applicable non-bankruptcy law.

Date:  June 17, 2026

                                            /s/ Peter G. Cary
                                            Peter G. Cary
                                            United States Bankruptcy Chief Judge
                                            District of Maine