**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**In re:**                                                                  **Chapter 7**
**Kevin J. Mattson,**                                            **Case No. 24-20188-PGC**
          **Debtor**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER ON**
**MOTION TO APPROVE COMPROMISE WITH**
**TERENCE CONKLIN CLAIM**

The Trustee having filed his Motion to Approve Compromise With Terence Conklin

Pursuant to Fed. R. 9019(a) (the "Motion"), notice having been given and the positions of the

parties having been given due consideration:

    A.   the Motion is Granted; and

    B.   The Compromise is Approved.

Done at Portland, Maine.

Date:  June 17, 2026                                    _____/s/ Peter G. Cary_____]__
                                                                   Peter G. Carey, Bankruptcy Judge