**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE (Portland)**

*********************
**In re:** **Chapter 7**
**Kevin J. Mattson,** **Case No. 24-20188-PGC**
**Debtor**
*********************

**TRUSTEE'S**
**NOTICE OF ABANDONMENT-**
**CRESWELL DEFAMATION CLAIM**

***NOW COMES*** Edmond J. Ford, Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of Kevin J. Mattson (the "Estate"), by his attorneys Ford, McDonald & Borden, P.A., pursuant to L.Bankr. R. 6007-1, and proposes abandoning the defamation claim against Randy Creswell described in D.E. 94 Schedule A/B ¶ 33 (the "Claim") says as follows:

1. The Claim is of inconsequential value or benefit to the Estate.

2. The deadline to file an objection to the proposed abandonment is fourteen days from the date of this Notice.

Respectfully submitted,
Edmond J. Ford, Ch. 7 Trustee

Date: October 19, 2026

By: */s/ Edmond J. Ford*

Edmond J. Ford Bar # 010174
815 Elm Street, Suite 5 B
Manchester, NH 03101
(603) 373-1737 (Telephone)
(603) 242-1381 (Facsimile)
eford@fordlaw.com

Certificate of Service

On October 19, 2026, I electronically filed the foregoing document through the Court's CM/ECF system which will send a notice of electronic filing to the parties on the Court's electronic service list which include the United States Trustee, Randy Creswell, Esq., and every other party except the debtor Kevin Mattson on whom notice is required to be served.

I forwarded the same to the debtor Kevin Mattson at kevin@dirigocapitaladvisors.com

*/s/ Edmond J. Ford*
Edmond J. Ford Bar # 010174

https://fordmcpartlin.sharepoint.com/Shared Documents/WPDATA/Ed/TRUSTEE/24-20188 - Mattson Me/pleadings/dra/Abandonment Creswell Defamation.docx